Case 5:24-cv-00033   Document 54   Filed on 09/15/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JESUS RAMON NINO | § § | |
| VS. | § § | CIVIL ACTION NO. 5:24-cv-33 |
| JUAN MANUEL CERVANTES REYNA D/B/A TRANSPORTES JUMA *et al.* | § § § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On August 26, 2025, the Court referred Plaintiff's Unopposed Motion for Leave to File Amended Complaint to United States Magistrate Judge Christopher dos Santos for a Report and Recommendation (*see* Dkt. No. 52). Judge dos Santos issued his report, recommending that: (1) Plaintiff's motion for leave be granted; and (2) the Clerk of Court be directed to docket Plaintiff's Second Amended Original Complaint (Dkt. No. 51-2) as the live pleading (Dkt. No. 53 at 4). The fourteen-day objection period has lapsed, and no party objected to these recommendations.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the report and recommendation for plain error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)). Finding none, the Court hereby **ADOPTS IN WHOLE** Judge dos Santos's report and recommendation (Dkt. No. 53).

Accordingly, Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Dkt. No. 51) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket Plaintiff's Second Amended Original Complaint (Dkt. No. 51-2) as the live pleading.

1

It is so **ORDERED**.

**SIGNED** September 15, 2025.

                                                        Marina Garcia Marmolejo
                                                        United States District Judge